# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LEE XIONG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 1:16-cv-00582 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC AND AMENDING THE BRIEFING SCHEDULE<br><br>(Doc. 13) |

On March 15, 2017, Plaintiff filed a stipulation of the parties for a three-day extension of time for Plaintiff to file an opening brief. (Doc. 13) Notably, the Scheduling Order permits an extension of time by stipulation, which has not been used by the parties. (*See* Doc. 6 at 4) Accordingly, the Court **ORDERS**:

1.　Plaintiff's request for an extension of time is granted nunc pro tunc; and

2.　Plaintiff **SHALL** file an opening brief no later than **March 17, 2017**.

IT IS SO ORDERED.

　　Dated:　**March 19, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.