# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LEE XIONG,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-0582 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On June 13, 2018, Lee Lee Xiong and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees in the amount of $3,500.00 are **AWARDED** to Plaintiff, Lee Lee Xiong.

IT IS SO ORDERED.

Dated: __June 18, 2018__    _____/s/ Jennifer L. Thurston_____
                                                     UNITED STATES MAGISTRATE JUDGE